IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00883-PSF-BNB

PATRICIA MARY HESSELSCHWERDT,

    Plaintiff,

v.

ALBERTO R. GONZALES, Attorney General of the United States;
MICHAEL CHERTOFF, Secretary, Department of Homeland Security;
EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services;
MARIO ORTIZ, Denver District Director of United States Citizenship and
Immigration Services;
UNITED STATES DEPARTMENT OF JUSTICE;
UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

    Defendants.

## ORDER DIRECTING GOVERNMENT'S RESPONSE AND SETTING STATUS CONFERENCE

Upon review of the file, the Court hereby DIRECTS the government to file a response to plaintiff's Petition for Hearing on Naturalization Application (Dkt. # 1) **no later than June 20, 2006.** Any reply shall be due by **June 26, 2006.** It is

FURTHER ORDERED that a status conference in this matter is set for **June 30, 2006 at 1:00 p.m.**

    DATED: May 15, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge