IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00883-PSF-BNB

PATRICIA MARY HESSELSCHWERDT,

    Plaintiff,

v.

ALBERTO R. GONZALES, Attorney General of the United States;
MICHAEL CHERTOFF, Secretary, Department of Homeland Security;
EMILIO T. GONZALEZ, Director, United States Citizenship and Immigratio Services;
MARIO ORTIZ, Denver District Director of United States Citizenship and Immigration Services;
UNITED STATES DEPARTMENT OF JUSTICE;
UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

    Defendants.

## ORDER TO VACATE HEARING AND SET STATUS CONFERENCE

This matter is before the Court on the defendants' Unopposed Motion to Vacate Hearing and Stay Proceedings (Dkt. # 7). The Court having reviewed the motion and being fully advised in its premises, it is hereby

ORDERED that the status conference currently set for 1:00 p.m. on June 30, 2006 is VACATED. In light of the representations set forth in the motion, a status conference has been set for **Friday, July 28, 2006 at 8:00 a.m.**. This status conference will be vacated if dismissal papers have been filed with this Court on or before July 26, 2006.

DATED: June 29, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge