IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00883-PSF-BNB

PATRICIA MARY HESSELSCHWERDT,

    Plaintiff,

v.

ALBERTO R. GONZALES, Attorney General of the United States;
MICHAEL CHERTOFF, Secretary, Department of Homeland Security;
EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services;
MARIO ORTIZ, Denver District Director of United States Citizenship and
Immigration Services;
UNITED STATES DEPARTMENT OF JUSTICE;
UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

    Defendants.

## ORDER DISMISSING CASE

This matter is before the Court on plaintiff's Motion to Dismiss (Dkt. # 11).

In light of the fact that plaintiff was granted United States citizenship on June 30, 2006, the Court hereby ORDERS this case DISMISSED in its entirety as moot.

    DATED: July 6, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*
                                            _____
                                            Phillip S. Figa
                                            United States District Judge